$661,363.53 as deductible debts of the decedent, and as so modified affirmed, with costs to the appellant. No opinion. Settle order on notice. Present — Finch, P. J. Merrell, McAvoy, Martin and O'Malley, JJ. [142 Misc. 673.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY MARCUS, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents and votes for reversal and a new trial.

ROBERT L. MORAN, as Sheriff of the County of Bronx, and MAX WEISBERG, Respondents, v. MORRIS TAINSKY, Respondent, and METROPOLITAN NATIONAL BANK OF MINNEAPOLIS, Appellant.— Order reversed, with ten dollars costs and disbursements to the respondent Morris Tainsky and the motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents and votes for affirmance.

HARRY D. MENCHER, Respondent, v. DAVID C. TAYLOR, Defendant, Impleaded with 783 THIRD AVENUE CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF THE CITY OF NEW YORK, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ. [144 Misc. 120.]

NEW YORK TITLE AND MORTGAGE COMPANY, Appellant, v. GROSSMAN PROPERTIES, INC., and Others, Defendants, Impleaded with LONDON LIGHTINGWARES CORPORATION, Respondent. (Action No. 1.) — Judgment so far as appealed from affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ. [142 Misc. 274.]

NEW YORK TITLE AND MORTGAGE COMPANY, Appellant, v. GROSSMAN PROPERTIES, INC., and Others, Defendants, Impleaded with LONDON LIGHTINGWARES CORPORATION and QUICK MEAL STOVE COMPANY, Respondents. (Action No. 2.) — Judgment so far as appealed from affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ [142 Misc. 274.]

NEW YORK TITLE AND MORTGAGE COMPANY, Appellant, v. GROSSMAN PROPERTIES, INC., and Others, Defendants, Impleaded with LONDON LIGHTINGWARES CORPORATION, Respondent. (Action No. 3.) — Judgment so far as appealed from affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ. [142 Misc. 274.]

NEW YORK TITLE AND MORTGAGE COMPANY, Appellant, v. GROSSMAN PROPERTIES, INC., and Others, Defendants, Impleaded with LONDON LIGHTINGWARES CORPORATION and QUICK MEAL STOVE COMPANY, Respondents. (Action No. 4.) — Judgment so far as appealed from affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ. [142 Misc. 274.]

NEW YORK TITLE AND MORTGAGE COMPANY, Appellant, v. GROSSMAN PROPERTIES, INC., and Others, Defendants, Impleaded with LONDON LIGHTINGWARES CORPORATION and QUICK MEAL STOVE COMPANY, Respondents. (Action No. 5.) — Judgment so far as appealed from affirmed, with costs. No opinion. Present — McAvoy, Merrell, Martin and O'Malley, JJ. [142 Misc. 274.]

THE COUNTY TRUST COMPANY, Appellant, v. GROSSMAN PROPERTIES, INC., and Others, Defendants, Impleaded with LONDON LIGHTINGWARES CORPORATION